**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

JASON DAVID VAN COILLIE,

    Plaintiff,

v.                                           Case No. 22-CV-11216

SANDRA A. HARRISON

    Defendant.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion to Dismiss," entered on September 21, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Sandra A. Harrison and against Plaintiff Jason David Van Colillie.

Dated at Port Huron, Michigan, September 21, 2022.

                                                    KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    By: <u>s/Lisa Wagner</u>
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\NTH\Civil\22-11216.VANCOLLIE.Judgment.NTH.docx